**Federal Defenders**

OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-26

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 8, 2026

**BY ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    **United States v. Isis Navarro Reyes,**
>        **25 Cr. 662 (LAK)**

Dear Judge Kaplan:

With the consent of the Pretrial Services Agency, I write to request that the Court temporarily modify Ms. Reyes' bail conditions to allow her to make a short trip to the District of Maryland to visit with her sister and other family visiting for a family reunion. Ms. Reyes proposes to leave New York on or about April 9 and to return on or about April 12. Ms. Reyes will stay at her sister's home at an address to be provided to Pretrial Services before her departure.

Ms. Navarro Reyes is in compliance with all conditions of her bail. Pretrial Services has no objection to the proposed travel so long as she provides her full itinerary to her supervising officer prior to travel. The Government defers to pretrial.

Respectfully submitted,
/s/
_____
Zawadi S. Baharanyi
Assistant Federal Defender
(212) 417-8735

CC:    AUSA Brandon Thompson
       USPSOs Lanique Rhyne and Mallori Brady

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
4/8/26